IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    CASE NO. 4:07cr00371-01 JMM

ANGELA EVETTE JOHNSON

## AMENDED JUDGMENT & COMMITMENT

The Judgment, entered in this case on July 17, 2009 (DE #27), is amended to correct a clerical error. As stated on record during the sentencing hearing, as a condition of probation, Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 27th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE